UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFN INFINITY,<br><br>            Petitioner,<br><br>    v.<br><br>E. G. BROWN, JR., Governor,<br><br>            Respondent. | 1:12-cv—00873-LJO-SKO-HC<br><br>ORDER RE:FINDINGS AND RECOMMENDATIONS (Doc. 6)<br><br>ORDER DISMISSING THE PETITION (Doc. 1) FOR PETITIONER'S FAILURE TO COMPLY WITH AN ORDER OF THE COURT AND TO PROSECUTE THE CASE<br><br>ORDER DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY AND DIRECTING THE CLERK TO CLOSE THE CASE |

    Petitioner is a state prisoner proceeding pro se with a civil action of an uncertain type.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

    On September 10, 2012, the Magistrate Judge filed findings and recommendations in which it was recommended that the petition be dismissed for Petitioner's failure to comply with an order of the Court and to prosecute the action.  It was further recommended that the Court decline to issue a certificate of appealability and direct the Clerk to close the action.  The

1

findings and recommendations were served on all parties on the same date and informed the parties that objections could be filed within thirty days. Although over thirty days have passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1) The petition is DISMISSED without prejudice pursuant to Local Rule 110 for Petitioner's failure to comply with the Court's order and to prosecute the action; and

2) The Court DECLINES to issue a certificate of appealability; and

3) The Clerk is DIRECTED to close the action.

IT IS SO ORDERED.

**Dated:  October 24, 2012**                /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE